UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TRISHA YORK,<br><br>                Plaintiff,<br><br>   v.<br><br>ROIC WASHINGTON LLC,<br><br>                Defendant. | CASE NO. 2:20-cv-00460-RAJ-BAT<br><br>**ORDER CONTINUING STAY OF DEADLINES** |

Pursuant to the parties' ongoing settlement negotiations and stipulation (Dkt. 15), it is hereby **ORDERED** that the stay entered by the Court (Dkt. 14) shall be extended an additional thirty (30) days from the date of this Order; no later than 30 days from the entry of this Order, the parties shall report to the Court regarding the status of their claims and positions regarding any further extension of the stay; and the deadlines for Fed. R. Civ. P. 26(f) conference, initial disclosures, and submission of a joint status report and discovery plan (Dkt. 11) shall be extended to at least 14 days after the expiration of the stay of proceedings (depending on the parties' positions regarding any further extension of the stay).

DATED this 10th day of July, 2020.

_____
BRIAN A. TSUCHIDA
Chief United States Magistrate Judge

ORDER CONTINUING STAY OF
DEADLINES - 1