UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

TRISHA YORK,

                Plaintiff,

   v.

ROIC WASHINGTON LLC,

                Defendant.

CASE NO. 2:20-cv-00460-RAJ-BAT

**SECOND ORDER CONTINUING STAY OF DEADLINES**

Pursuant to the parties' ongoing settlement negotiations and stipulation (Dkt. 17), it is hereby **ORDERED** that the stay entered by the Court (Dkt. 14) is extended an additional twenty-one (21) days from the date of this Order. No later than 21 days from the entry of this Order, the parties shall report to the Court regarding the status of their claims and positions regarding any further extension of the stay. The deadlines for Fed. R. Civ. P. 26(f) conference, initial disclosures, and submission of a joint status report and discovery plan (Dkt. 11) are extended to at least 14 days after the expiration of the stay of proceedings (depending on the parties' positions regarding any further extension of the stay).

DATED this 20th day of August, 2020.

_____
BRIAN A. TSUCHIDA
Chief United States Magistrate Judge

SECOND ORDER CONTINUING STAY OF DEADLINES - 1